THE PEOPLE OF THE STATE OF NEW YORK ex rel. VALRICK JOHNSON, Appellant, v JOSEPH E. McCOY, as Superintendent of Cayuga Correctional Facility, Respondent.

Submitted May 2, 2011; decided June 23, 2011

Judge PIGOTT taking no part.

In the Matter of CONRAD PONS, Appellant, v ANTHONY J. ANNUCCI, as Deputy Commissioner of Correctional Services, Respondent.

Submitted April 4, 2011; decided June 23, 2011

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying poor person relief, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of the Estate of KEVIN W. STANLEY, Deceased. DIANE R. STANLEY, Appellant; LAWRENCE J. MATTAR, ESQ., et al., Respondents.

Submitted May 2, 2011; decided June 23, 2011

On the Court's own motion, appeal dismissed, without costs, upon the ground that the March 2011 Surrogate's Court order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed, without costs, upon the ground that the March 2011 Surrogate's Court order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.